IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

GEORGE EDWARD JARRELL,          )
                                )
              Plaintiff,        )
                                )
       v.                       )       CASE NO.  1:16-CV-652-WKW
                                )                 [WO]
PHILLIP SMALL,                  )
Houston County Sheriff's        )
Department, and MICHAEL         )
STACEY, Houston County          )
Sheriff's Department            )
                                )
              Defendants.       )

## ORDER

Before the court is the Recommendation of the Magistrate Judge. (Doc. # 3.)

There being no timely objection filed to the Recommendation, and based on a review

of the record, it is ORDERED as follows:

1.     The Recommendation of the Magistrate Judge (Doc. # 3) is

ADOPTED;

2.     Plaintiff's motion for leave to proceed *in forma pauperis* (Doc. # 2) is

DENIED; and

3.     This case is DISMISSED without prejudice for Plaintiff's failure to pay

the requisite fees upon initiation of the case.

A final judgment will be entered separately.

DONE this 13th day of September, 2016.

_____/s/ W. Keith Watkins_____
CHIEF UNITED STATES DISTRICT JUDGE